1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

8

SOUTHERN DISTRICT OF CALIFORNIA

9
10

11    UNITED STATES OF AMERICA,

12                                    Plaintiff,

13    v.

14    JOSE MANUEL SANTIAGO-DIAZ,

15                                    Defendant.

Case No.: 3:17-cr-03477-GPC

**ORDER DENYING WITHOUT PREJUDICE MOTION TO DISMISS**

**[ECF No. 27]**

16

17    Before the Court is the Government's motion to dismiss the indictment. (ECF No.

18    27.)  The Government provides no justification for its motion and merely requests that

19    the indictment in this case be dismissed without prejudice pursuant to Federal Rule of

20    Criminal Procedure 48(a).  (*Id.*)  However, "[a] limited review by the court is necessary,

21    even where the defendant consents. The purpose of this limited review is to protect

22    against prosecutorial impropriety or harassment of the defendant and to assure that the

23    public interest is not disserved." *United States v. Olmos-Gonzales*, 993 F. Supp. 2d 1234,

24    1235 (S.D. Cal. 2014) (quoting *Korematsu v. United States*, 584 F.Supp. 1406, 1412

25    (N.D. Cal.1984)).  "To enable courts to carry out this limited review, the government

26    must provide its reasons and factual basis justifying dismissal." *Olmos-Gonzales*, 993 F.

27    Supp. 2d at 1235.  As the Government has not provided sufficient reasons or factual

28    bases for the Court to conduct a review, the motion to dismiss, (ECF No. 27), is

1

1 **DENIED without prejudice**.  The government may refile its motion with reasons for the

2 dismissal sought.

3        **IT IS SO ORDERED.**

4 Dated:  December 14, 2017

5                         Hon. Gonzalo P. Curiel

6                         United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28